B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MONTANA | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>BLX GROUP, INC. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Blixseth Group, Inc. |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>93-1066600 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>71713 Highway 111<br>Rancho Mirage, CA | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Riverside, CA 92270                         ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7     ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Yellowstone Mountain Club, et al. | Case Number<br>08-61570-RBK | Date<br>11/10/2008 |
|---|---|---|
| Relationship<br>Affiliated Entity | District<br>of Montana | Judge<br>Ralph B. Kirscher |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __BLX GROUP, INC.__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ Trustee<br>Signature of Petitioner or Representative (State title)<br>Yellowstone Club Liquidating Trust   09/21/2009<br>Name of Petitioner                                        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Marc Kirschner, Trustee<br>18 East 94th Street<br>New York, NY 10128 | x _[signature]_   09/21/2009<br>Signature of Attorney                          Date<br>Holland & Hart LLP<br>Name of Attorney Firm (If any)<br>P.O. Box 639, Billings, MT 59103-0639<br>Address<br>(406) 252-2166<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Suter Financial Group, Inc.,<br>Name of Petitioner                                        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Joshua, Suter, 535<br>Sixteenth St. Suite 600<br>Denver, CO 80202 | x _____<br>Signature of Attorney                          Date<br>Holland & Hart LLP<br>Name of Attorney Firm (If any)<br>P.O. Box 639, Billings, MT 59103-0639<br>Address<br>(406) 252-2166<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Moller's Garden Center, Inc.<br>Name of Petitioner                                        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Karen Moller,<br>72 - 235 Painter's Park<br>Palm Desert, CA 92260 | x _____<br>Signature of Attorney                          Date<br>Holland & Hart LLP<br>Name of Attorney Firm (If any)<br>P.O. Box 639, Billings, MT 59103-0639<br>Address<br>(406) 252-2166<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Yellowstone Club Liquidating Trust | Promissory Note | 190,000,000.00 |
| Suter Financial Group, Inc., | Consulting Fee | 119,354.00 |
| Moller's Garden Center, Inc. | Goods & Services | 16,080.37 |
| | Total Amount of Petitioners' Claims | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

__NA__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __BLX GROUP, INC.__

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Yellowstone Club Liquidating Trust | Holland & Hart LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | P.O. Box 639, Billings, MT 59103-0639 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Marc Kirschner, Trustee, 18 East 94th Street, New York, NY 10128 | Address |
|  | (406) 252-2166 |
|  | Telephone No. |

| x_____(signed) President_____ | x_____(signed)_____ 09/21/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Suter Financial Group, Inc.,  09/21/2009 | Holland & Hart LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | P.O. Box 639, Billings, MT 59103-0639 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joshua Suter, 535 Sixteenth St. Suite 600, Denver, CO 80202 | Address |
|  | (406) 252-2166 |
|  | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Moller's Garden Center, Inc. | Holland & Hart LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | P.O. Box 639, Billings, MT 59103-0639 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Karen Moller, 72 - 235 Painter's Park, Palm Desert, CA 92260 | Address |
|  | (406) 252-2166 |
|  | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Yellowstone Club Liquidating Trust | Promissory Note | 190,000,000.00 |
| Suter Financial Group, Inc., | Consulting Fee | 119,354.00 |
| Moller's Garden Center, Inc. | Goods & Services | 16,080.37 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 190,165,434.37 |

__NA__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2          Name of Debtor  BLX GROUP, INC.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Yellowstone Club Liquidating Trust | Holland & Hart LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box 639, Billings, MT 59103-0639 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Marc Kirschner, Trustee, 18 East 94th Street, New York, NY 10128 | Address |
| | (406) 252-2166 |
| | Telephone No. |

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Suter Financial Group, Inc., | Holland & Hart LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box 639, Billings, MT 59103-0639 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joshua Suter, 535 Sixteenth St, Suite 600, Denver, CO 80202 | Address |
| | (406) 252-2166 |
| | Telephone No. |

| x /s/ [signature]_____ | x /s/ [signature]  09/21/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Moller's Garden Center, Inc.  September 21, 2009 | Holland & Hart LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box 639, Billings, MT 59103-0639 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Karen Moller, 72-235 Painter's Park, Palm Desert, CA 92260 | Address |
| | (406) 252-2166 |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Yellowstone Club Liquidating Trust | Promissory Note | 190,000,000.00 |
| Suter Financial Group, Inc., | Consulting Fee | 119,354.00 |
| Moller's Garden Center, Inc. | Goods & Services | 16,080.37 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 190,165,434.37 |

NA continuation sheets attached

## ATTACHMENT TO INVOLUNTARY PETITION
## BLX GROUP, INC.
## AFFILIATES OF DEBTOR

1.    Affiliated Entity: Yellowstone Club World, LLC, Case No. 09-60061, January 26, 2009, District of Montana before Ralph B. Kirscher.

2.    Principal Owner of Debtor: Edra Blixseth, Case No. 09-60452, March 26, 2009, District of Montana before Ralph B. Kirscher.

3.    Affiliated Entity: Big Springs Realty, LLC, Case No. 09-61079, June 5, 2009,. District of Montana before Ralph B. Kirscher.

4617299_1.DOC