William D. Lamdin, III (2415)
Benjamin P. Hursh (7048)
CROWLEY FLECK, PLLP
P.O. Box 7099
Missoula, MT 59807-7099
Telephone: (406) 523-3600
Facsimile: (406) 523-3636
bhursh@crowleyfleck.com

Paul D. Moore (B.B.O. No.: 353100)
DUANE MORRIS, LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210-2600
Telephone 857-488-4230
Facsimile: 857-401-3057
PDMoore@duanemorris.com

Attorneys for CIP Yellowstone Lending LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br><br>BLX GROUP INC.;<br><br>                    Debtor. | Bankruptcy Case No. 09-61893<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Crowley Fleck PLLP on behalf of CIP Yellowstone Lending LLC in the above-entitled bankruptcy case, hereby requests, pursuant to Rules 2002, 3017, 9007, and 9010 of the *Federal Rules of Bankruptcy Procedure* and 11 U.S.C. § 342 that copies of all notices and pleadings given or filed in this case, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints, and demands be sent or

delivered to the undersigned; and pursuant to FRBP 2002(g), the following be added to the Court's master mailing list:

| | |
|---|---|
| BENJAMIN P. HURSH<br>CROWLEY FLECK PLLP<br>305 SOUTH 4TH STREET EAST,<br>SUITE 100<br>P.O. BOX 7099<br>MISSOULA, MT 59807-7099<br>bhursh@crowleyfleck.com | WILLIAM D. LAMDIN, III<br>CROWLEY FLECK PLLP<br>500 TRANSWESTERN PLAZA, II<br>490 NORTH 31ST<br>P.O. Box 2529<br>BILLINGS, MT 59103<br>blamdin@crowleyfleck.com |

PAUL D. MOORE
DUANE MORRIS, LLP
470 ATLANTIC AVENUE, SUITE 500
BOSTON, MA 02210-2600
PDMoore@duanemorris.com

Such notices shall include notices by mail, fax, telephone, or any other means of transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in FRBP 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirmation of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. § 361 or 364; matters relating to the use of cash collateral under 11 U.S.C. § 364; matters relating to the use, sale or lease of property under 11 U.S.C. § 363; and assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

Dated September 22, 2009.

CROWLEY FLECK, PLLP


By /s/ Benjamin P.Hursh
    BENJAMIN P. HURSH
    P. O. Box 7099
    Missoula, MT 59807-7099
    Attorneys for CIP Yellowstone
    Lending LLC

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies under penalty of perjury that on September 22, 2009, a copy of the foregoing pleading was served (i) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail to the following parties:  None.

    /s/ Benjamin P. Hursh
    BENJAMIN P. HURSH
    P.O. Box 7099
    Missoula, MT 59807-7099
    Attorneys for CIP YELLOWSTONE
    LENDING LLC