Joe E. Edwards, Esquire
Day, Edwards, Propester & Christensen, P.C.
Suite 2900, Oklahoma Tower
210 Park Avenue
Oklahoma City, Oklahoma 73102
(405) 239-2121 Telephone
(405) 228-1101 Facsimile
Edwards@dayedwards.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BLX GROUP, INC., | ) | Chapter 11 |
| | ) | Case No. 09-61893 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL AND
REQUEST FOR SPECIAL NOTICE**

Pursuant to F.R.B.P. 2002(i) and (g), Casa Captiva, LLC and Bruce Erickson, creditors/parties in interest, in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the Debtor, or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g), that the following be added to the Court's master mailing matrix:

Joe E. Edwards, Esquire
Day, Edwards, Propester & Christensen, P.C.
Suite 2900, Oklahoma Tower
210 Park Avenue
Oklahoma City, Oklahoma 73102
(405) 239-2121 Telephone
(405) 228-1101 Facsimile
Edwards@dayedwards.com

Such notices shall include notices by mail, telephone, facsimile, or any other means of transmission, and the notices requested shall include, but are not limited to, all notices relating to

the matters set forth in F.R.B.P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the debtors' obtaining of credit under 11 U.S.C. §361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365. Please note that the undersigned counsel consents to service by email edwards@dayedwards.com.

Respectfully submitted,

/s/ Joe E. Edwards
Joe E. Edwards (OBA #2640)
Day, Edwards, Propester &
  Christensen, P.C.
2900 Oklahoma Tower, 210 Park Avenue
Oklahoma City, Oklahoma  73102-5605
Telephone:  (405) 239-2121
Telecopier:  (405) 236-1012

Counsel to Casa Captiva, LLC and Bruce Erickson

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the date below, true and correct copies of the Notice of Appearance of Counsel and Request for Special Notice were served upon the parties listed below by first class mail, postage prepaid:

**MARC S KIRSCHNER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST**
18 EAST 94TH STREET
NEW YORK, NY 10128

**CHARLES W. HINGLE**
SUITE 1500
401 NORTH 31ST STREET
BILLINGS, MT 59101
406-252-2166

**SUTER FINANCIAL GROUP INC**
535 SIXTEENTH ST STE 600
DENVER, CO 80202

**MOLLERS GARDEN CENTER INC**
72 - 235 PAINTERS PARK
PALM DESERT, CA 92260

**BLX GROUP INC**
71713 HIGWAY 111
RANCHO MIRAGE, CA 92270

*U.S. Trustee*
**OFFICE OF THE U.S. TRUSTEE**
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401

Benjamin P. Hursh
Crowley Law Office
P.O. Box 7099
Missoula, MT 59807
bhursh@crowleylaw.com

William D. Lamdin, III
P.O. Box 2529
Billings, MT 59103
blamdin@crowleyfleck.com

    Dated this 23rd day of September, 2009.

    Respectfully submitted,

/s/ Joe E. Edwards
Joe E. Edwards (OBA #2640)
Day, Edwards, Propester &
 Christensen, P.C.
2900 Oklahoma Tower, 210 Park Avenue
Oklahoma City, Oklahoma 73102-5605
Telephone: (405) 239-2121
Fax: (405) 228-1101
E-mail: edwards@dayedwards.com

Counsel to Casa Captiva, LLC and
Bruce Erickson