Richard J. Samson
Chapter 7 Trustee
310 W. Spruce
Missoula, MT 59802
Telephone: (406) 721-7772
Fax: (406) 721-7776
Email: rjs@csjlaw.com
Bar I.D.: 1904

Chapter 7 Trustee for Edra D. Blixseth

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

|  |  |
|---|---|
| In re: | : Chapter 11 |
| BLX Group, Inc., | : Case No. 09-61893-11 |
| Debtor. | : |

## CHAPTER 7 TRUSTEE'S RESPONSE TO INVOLUNTARY PETITION

In his capacity as the Chapter 7 Trustee for the bankruptcy estate of Edra D. Blixseth (Case No. 09-60452-7), the assets of which include all of the outstanding stock of BLX Group, Inc., Richard J. Samson expresses his support for the entry of an Order for Relief in this matter. This Response is subject to and without prejudice to, all of the rights of the Blixseth bankruptcy estate to assert claims of any sort in this matter including, without limitation, claims for substantive consolidation, alter ego or other claims as to the assets of BLX Group, Inc.

DATED this 22nd day of September, 2009.

CHAPTER 7 TRUSTEE:

By: _____
Richard J. Samson, Trustee
for Edra D. Blixseth